| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| KIMBERLY KAY WILLIAMSON, | § § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION NO. 1:21-CV-452 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| Defendant. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Plaintiff requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to her application for disability-based benefits.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  Judge Hawthorn issued a Report and Recommendation granting Williamson's request for remand.  (Dkt. 26.)  The court received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings.  The parties have not filed objections to the report and recommendation, and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1).

The court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and **ADOPTS** Judge Hawthorn's Report (Dkt. 26).  A Final Judgment will be entered separately.

**Signed this date**
**Sep 15, 2023**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE