| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| KIMBERLY KAY WILLIAMSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:21-cv-452 |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Pending is the Plaintiff, Kimberly Kay Williamson's, *Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act*. (Doc. No. 29.) Magistrate Judge Zack Hawthorn issued a report recommending that the request be granted. (Doc. No. 31.) Neither party filed objections to the magistrate judge's report. The court has considered the report and recommendation and concludes that the report should be adopted. It is therefore

**ORDERED** that the Report and Recommendation of the magistrate judge (Doc. No. 31) is **ADOPTED** and Plaintiff's motion (Doc. No. 29) is **GRANTED**. It is further

**ORDERED** that the Commissioner of Social Security pay Kimberly Kay Williamson, in care of her attorney, Howard Olinksy, an attorney fee in the amount of $6,355.21, and it should be mailed to: Kimberly Kay Williamson, in care of her attorney, Howard Olinksy, Olinsky Law Group, 250 South Clinton Street, Suite 210, Syracuse, NY 13202. This award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney. If successful at the administrative level, Plaintiff is granted an extension of thirty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

SIGNED at Beaumont, Texas, this 25th day of March, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE