UNITED STATES DISTRICT COURT      EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY KAY WILLIAMSON,<br><br>    Plaintiff,<br><br>versus<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 1:21-cv-452<br>§<br>§<br>§<br>§<br>§ |

**ORDER**

    Pending is the Plaintiff, Kimberly Kay Williamson's, *Motion for Attorney's Fees Pursuant to Social Security Act § 206(b)(1) and 42 U.S.C. §* 406(b)(1). (Doc. No. 33.) Magistrate Judge Zack Hawthorn issued a report recommending that the request be granted. (Doc. No. 37.) Neither party filed objections to the magistrate judge's report. It is therefore

    **ORDERED** that the Report and Recommendation of the magistrate judge (Doc. No. 37) is **ADOPTED** and Plaintiff's motion (Doc. No. 33) is **GRANTED**. It is further

    **ORDERED** that the Commissioner of Social Security pay Kimberly Kay Williamson, in care of her attorney, Howard Olinksy, an attorney fee in the amount of $9,780.18, to be certified for payment out of Williamson's past due benefits. Payment shall be mailed to: Kimberly Kay Williamson, in care of her attorney, Howard Olinksy, Olinsky Law Group – Syracuse, 250 South Clinton Street, Suite 210, Syracuse, NY 13202. This award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney. Upon full payment of the 406(b) award, Mr. Olinsky shall refund $6,355.21 previously awarded in EAJA fees directly to Ms. Williamson.

    SIGNED at Beaumont, Texas, this 13th day of November, 2024.

                                                                    MARCIA A. CRONE<br>
                                                            UNITED STATES DISTRICT JUDGE